**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **LOUIS COSTILLA, Jr., et al.,** | ) | Case No. 3:25-cv-02578 |
| | ) | |
| Plaintiffs, | ) | Judge Jeffrey J. Helmick |
| vs. | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| **CITY OF TOLEDO, et al.** | ) | |
| | ) | Dale R. Emch, Director of Law (0080004) |
| Defendants. | ) | Jeffrey B. Charles, Chief of Litigation |
| | ) | (064514) |
| | ) | Tammy G. Lavalette, Sr. Attorney (0071533) |
| | ) | City of Toledo, Department of Law |
| | ) | One Government Center, Suite 2250 |
| | ) | Toledo, Ohio 43604 |
| | ) | Telephone: (419) 245-1020 |
| | ) | Fax: (419) 245-1090 |
| | ) | Tammy.Lavalette@toledo.oh.gov |
| | ) | Counsel for Defendants City of Toledo, |
| | ) | James Anderson, Sgt. R. Maxwell, Sgt. Keefe |
| | ) | Snyder, Richard Hanus, Al Segura, R. White, |
| | ) | M. Breeze, Captain T. Gulch, Gary Burks, |
| | ) | Estate of Robert Leiter, Estate of Roger |
| | | Rettig, and Danny Navarre |

Now come Jeffrey B. Charles and Tammy G. Lavalette, and enter their appearance as Co-Counsel for Defendants James Anderson, Sgt. R. Maxwell, Sgt. Keefe Snyder, Richard Hanus, Al Segura, R. White, M. Breeze, Captain T. Gulch, Gary Burks, Estate of Robert Leiter, Estate of Roger Rettig and Danny Navarre.

Respectfully submitted,
DALE R. EMCH, DIRECTOR OF LAW

*Tammy G. Lavalette*______________
Tammy G. Lavalette, Senior Attorney
Counsel for Defendant City of Toledo

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance was served by electronic mail service this 26th day of February, 2026 to Attorneys for Plaintiffs, Julia T. Quinn at jquinn@loevy.com and Tara Thompson at tara@loevy.com. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*Tammy G. Lavalette*______________
Tammy G. Lavalette, Senior Attorney
Counsel for Defendant City of Toledo