**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**LOUIS COSTILLA, JR., et al.,**

Plaintiffs,

v.

**CITY OF TOLEDO, et al.,**

Defendants.

CASE NO. 3:25 CV 2578

JUDGE JAMES R. KNEPP II

**CASE MANAGEMENT CONFERENCE ORDER**

Case Management Conference held on: **July 27, 2026.**

1. The following attorneys were present:

   a. Plaintiffs' counsel: Tara Thompson & Julia T. Quinn
   b. Defendants' counsel: Jeffrey B. Charles

2. A written stipulation (Local Rule 16.3(b)(3)) was filed.

3. After consultation with the parties and counsel, the Court determined that this case will proceed on the **STANDARD** track.

4. Case referred to Alternative Dispute Resolution (ADR):
   Yes _____ No__**X**___ Delay _____

5. This case does involve electronic discovery.

6. Deadline for exchange of Rule 26(a) initial disclosures: **September 25, 2026.**

7. Rulings as to type and extent of discovery:

   **Discovery Disputes**

   No motion to compel, motion for protective order or motion for sanctions shall be filed unless the parties have undertaken in good faith to resolve discovery disputes and, if unable to do so, have next contacted the Court by phone or e-mail with a request for judicial resolution. Local Civil Rule 37.1 governs discovery disputes and counsel are expected to comply with this Rule.

**Inadvertent Disclosure**

Pursuant to Evidence Rule 502(d), an inadvertent disclosure of a communication or information covered by the attorney-client privilege or work-product protection made in connection with this litigation shall not constitute a waiver of that privilege or protection in this or any other federal or state proceeding.

8. Discovery cut-off dates:
   a. Plaintiffs' expert disclosures: **August 4, 2027**
   b. Defendants' expert disclosures: **September 1, 2027**
   c. Liability: **October 1, 2027**
   d. Damages: **October 1, 2027**

9. Without leave of Court, no discovery material shall be filed, except as necessary to support dispositive motions. Depositions filed either electronically or through the Clerk's Office shall include the Word Index.

10. Deadline for amending pleadings / adding parties: **November 16, 2026.**

11. Deadline for filing dispositive motions: **October 29, 2027.**

12. This case is referred to Magistrate Judge Darrell A. Clay for a settlement conference to occur on or after **December 1, 2026**, at the convenience of the Court and the Parties.

IT IS SO ORDERED.

s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

Dated: July 28, 2026